UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DIMAS GARZA #270734,

    Plaintiff,

v.

ROBERT NAPLES, et al.,

    Defendants.

Case No. 2:17-CV-104

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 12, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendants' motion for partial summary judgment based on Plaintiff's failure to exhaust his administrative remedies. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the June 12, 2018, Report and Recommendation (ECF No. 41) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment Based on Exhaustion (ECF No. 34) is **DENIED**.

Dated: July 6, 2018

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE